UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7397

THOMAS JULIUS TRENT,

Plaintiff - Appellant,

versus

SHERIFF OF LYNCHBURG CITY JAIL; W. SIMPSON;
NURSE DAVIS; DOCTOR FOR LYNCHBURG CITY JAIL,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-95-281-R)

Submitted:  January 9, 1997          Decided:  January 23, 1997

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Julius Trent, Appellant Pro Se.  Phillip Richard Lingafelt, GLENN, FLIPPIN, FELDMANN & DARBY, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Trent v. Sheriff of Lynchburg City Jail</u>, No. CA-95-281-R (W.D. Va. Feb. 28, 1996; Aug. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>